IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD STERN,            :

    Plaintiff,           :

                               :   CASE # <u>1:07-cv-00609</u> *RMU*

v.                       :

FEDERAL BUREAU OF PRISONS, :

    Defendant.           :

                               :

**MOTION FOR DEFAULT JUDGMENT**

RECEIVED
AUG 8 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now the Plaintiff in the above matter, Ronald Stern, <u>pro se</u>, and respectfully moves this Honorable Court pursuant to Rule 55, Federal Rules of Civil Procedure, to enter a default judgment against the Defendant, the Federal Bureau of Prisons. In support of this present request, the Plaintiff respectfully submits the following:

As indicated on the attached Attachments A and B, service upon the Defendant was effected on May 22, 2007, in accordance with Rule 4(i), Federal Rules of Civil Procedure. The Plaintiff hereby certifies that a certified copy of the Summons and the Complaint was so served. Pursuant to Rule 12(a)(3)(A), Federal Rules of Civil Procedure, the Defendant had sixty (60) days in which to file a responsive pleading. The Defendant has not done so. Therefore, in accordance with Rule 55, Federal Rules of Civil Procedure, a default judgment is due to be entered in this matter.

However, inasmuch as the Defendant in this matter is an

agency of the United States, Rule 55(e) provides that no default shall be entered "unless the claimant establishes a claim or right to relief by evidence satisfactory to the court." In meeting this burden, the Plaintiff states as follows. At pages 2 and 3 of the Original Complaint, the Plaintiff has cited case law from every Circuit to have addressed this present issue and that legal precedent unambiguously supports Plaintiff's instant claim. Accordingly, Plaintiff would respectfully submit to having established a "right to relief" as required by Rule 55(e).

Wherefore, in consideration of the foregoing, the Plaintiff Ronald Stern respectfully moves this Honorable Court to enter default judgment against the Bureau of Prisons and for the Plaintiff and to grant the relief requested at page 3 of the Original Complaint.

Respectfully submitted,

Ronald Stern
Plaintiff pro se
# 25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff <u>pro</u> <u>se</u> in the foregoing matter, do hereby certify that a true and correct copy of this Motion For Default Judgment was duly served on the Defendant the Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Office of U.S. Attorney, 5806 Judiciary Center Bldg., 555 4th Street, N.W., Washington, DC 20001, this 3rd day of August, 2007.

Signed: *[signature: Ronald Stern]*

Ronald Stern







**ATTACHMENT A**



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 7396 3098**
Status: **Delivered**

Your item was delivered at 7:26 AM on May 22, 2007 in WASHINGTON, DC 20534.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**ATTACHMENT B (page 1)**

1 of 1

7/17/2007 10:44 PM

ATTACHMENT B (page 2)

 UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 7396 3081**
Status: **Delivered**

Your item was delivered at 4:53 AM on May 25, 2007 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

ATTACHMENT B (page 2)

1 of 1                                                                       7/17/2007 10:45 PM

ATTACHMENT B (page 3)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 7396 3074**
Status: **Delivered**

Your item was delivered at 11:02 AM on May 29, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

ATTACHMENT B (page 3)