IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,            :

    Plaintiff,       :

v.                       :    Case # 1:07-CV-00609-RMU

FEDERAL BUREAU OF PRISONS, :

    Defendant.       :

                         :

### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER

Comes now the Plaintiff in the above matter, Ronald Stern, *pro se*, and respectfully moves this Honorable Court pursuant to Rule 6(b), Federal Rules of Civil Procedure, to grant an enlargement of time of thirty (30) days from the date of any such Order, in which to respond to the Defendant's Motion To Transfer Complaint to the United States District Court for the Southern District of Georgia (Doc. #2). In support of this present request, the Plaintiff states as follows:

The Defendant, the Federal Bureau of Prisons, has moved the Court to transfer this matter to the Southern District of Georgia where the Plaintiff is incarcerated. The Plaintiff Ronald Stern objects to that transfer and will be filing a motion in opposition. However, the Plaintiff is proceeding *pro se* and is unlearned in the law. As a consequence, the Plaintiff must rely on inmate paralegal assistants to research and prepare pleadings in this case. Moreover, those inmate assistants have regularly assigned prison jobs and can only work on legal matters as spare

time permits. Further, because of a regular work schedule, the hours available to access the prison law library are limited. Finally, research must be undertaken the old-fashioned way -- by going from book to book. The Government has filed a well-drafted Motion for Transfer and the Plaintiff simply needs more time in which to prepare a cogent and credible response.

Wherefore, in consideration of the foregoing, the Plaintiff respectfully moves this Honorable Court to grant a thirty (30) day enlargement of time to file a response to the Federal Bureau of Prisons and such enlargement to begin upon the granting of this present request.

Respectfully submitted,

*Ronald Stern*

Ronald Stern
Plaintiff pro se
# 25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the above matter, do hereby certify that a true and correct copy of the foregoing Motion For Enlargement of Time, was duly served on the Defendant the Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, 555 4th Street, N.W., Room 10-911, Washington, DC 20530, this 7th day of August, 2007.

Signed: *Ronald Stern*

Ronald Stern