IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,          :

    Plaintiff,     :

v.                     :     CASE # <u>1:07-CV-00609 (RMU)</u>

FEDERAL BUREAU OF PRISONS,  :

    Defendant.     :

                            :

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY WITH ACCOMPANYING SUPPLEMENTAL AUTHORITY**

    Comes now the Plaintiff in the above matter, Ronald Stern, <u>pro se</u>, and respectfully moves this Honorable Court to grant leave to file supplemental case law authority, and contained herein is that cite of authority with Plaintiff's argument in support.

### Supplemental Authority

    In Plaintiff's combined Motion For Summary Judgment and Response in Oppostion to Defendant's Motion to Transfer, Plaintiff argued that transfer of this case is inappropriate on the basis, <u>inter alia</u>, of the "files and witnesses" because Plaintiff's Administrative Procedures Act (APA) challenge is purely legal. In a recent opinion by the D.C. Circuit, that contention is supported. In <u>Cement Kiln Recycling Coalition v. E.P.A.</u>, 493 F.3d 207, 215 (D.C. Cir. 2007), this Circuit recognized "[c]laims that an agency's action is . . . contrary to law present purely legal issues." Accordingly, consistent with <u>Cement Kiln</u>, the "witnesses and files" should not weigh in favor of transfer of this action.

Respectfully submitted,

*Ronald Stern*

Ronald Stern
Plaintiff pro se
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

    I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Plaintiff's Motion For Leave To File Supplemental Authority With Accompanying Supplemental Authority, was duly served on the Defendant by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, 5806 Judiciary Center Bldg., 555 4th Street, N.W., Washington, D.C., this 3rd day of October, 2007.

Signed: *Ronald Stern*

        Ronald Stern