UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN ) | |
| ) | |
| Plaintiff ) | |
| ) 1:07-CV-0609 (RMU) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS. ) | |
| ) | |
| Defendant ) | |
| ) | |

FEDERAL BUREAU OF PRISONS' MOTION FOR EXTENSION OF TIME

The Federal Bureau of Prisons ("BOP"), by and through its attorney, the United States Attorney for the District of Columbia, moves for an extension of time to and including November 16, 2007 in which to respond to respond to plaintiff's Motion For Summary Judgment, filed August 20, 2007, and otherwise with respect to the merits of plaintiff's complaint.[1] Because plaintiff is incarcerated, we have not sought to contact him to learn his position on this motion.

Because the Court has denied BOP's motion to transfer, additional time is needed for undersigned counsel to make appropriate consultation with the agency and prepare a substantive response to the merits of the allegations in plaintiff's complaint. Furthermore, this is the government's first request for an extension of time in this case.

---

[1] Plaintiff's Motion For Summary Judgment was filed during the pendency of BOP's motion to transfer, which was denied by this Court on October 15, 2007.

Wherefore, the Bureau of Prisons respectfully requests that it be permitted to file its response to plaintiff's complaint and motion for summary judgment by November 16, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
(D.C. Bar No. 498-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division


 /s/ Thomas S. Rees
THOMAS S. REES
(D.C. Bar No. 358-962)
Assistant United States Attorneys
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2007, the foregoing BOP's motion for an extension of time, and a proposed order, were served via the Court's ECF system on plaintiff, pro se, first-class postage prepaid, as follows:

> Mr. Ronald Stern
> Reg. No. 25241-053
> Federal Satellite Low
> 2650 Hwy 301 South
> Jesup, GA 31599

> /s/ Thomas S. Rees
> THOMAS S. REES
> ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN | ) |
|     Plaintiff | ) ) |
| v. | ) 1:07-CV-0609 (RMU) ) |
| FEDERAL BUREAU OF PRISONS. | ) ) |
|     Defendant | ) ) |

ORDER

This matter is currently before the Court on the Federal Bureau of Prisons' Motion For An Extension Of Time.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Federal Bureau of Prisons' Motion For An Extension Of Time is hereby granted.  And it is

FURTHER ORDERED that the Federal Bureau Of Prisons' response to Plaintiff's Motion For Summary Judgment, and to plaintiff's complaint, shall be filed by November 16, 2007.

 

The Honorable Ricardo M. Urbina
United States District Judge

<u>copies to</u>:

Mr. Ronald Stern
Reg. No. 25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA 31599

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530