UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD STERN,<br>    Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No. 07-00609 (RMU) |
| FEDERAL BUREAU OF PRISONS,<br>    Defendant. | )<br>)<br>)<br>) | |

NOTICE OF CORRECTION CONCERNING CERTIFICATE OF SERVICE

The Federal Bureau of Prisons ("BOP"), through its attorney, the United States Attorney for the District of Columbia, respectfully gives Notice that service of Defendant's Motion to Reconsider the Denial of its Motion to Transfer Or, in the Alternative, Motion To Dismiss for Failure to State a Claim under Rule 12(b)(6), and Opposition to Plaintiff's Motion for Summary Judgment, filed November 16, 2007, was made today by mail rather than by the Court's electronic filing system on November 16, 2007 as stated on the certificate of service attached to that filing. That document, and the Defendant's Response to Plaintiff's Proffered Statement of Material Facts, also filed November 16, 2007, were both served today, November 19, 2007, via first class U.S. Mail, postage prepaid, on plaintiff as follows:

Ronald Stern
Fed. Reg. #25241-053
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 490-610

ROBERT D. OKUN
CHIEF, SPECIAL PROCEEDINGS DIVISION
D.C. Bar No. 457078

/s/ Thomas S. Rees
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar 358962
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4882


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Correction Concerning Certificate of Service was made via first class mail, postage prepaid, on November 19, 2007 as follows:   .

Ronald Stern
Fed. Reg. #25241-053
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

/s/ Thomas S. Rees
THOMAS S. REES
Assistant United States Attorney