IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,                    :

    Plaintiff,               :

v.                               :    CASE # <u>1:07-cv-609</u> (RMU)

FEDERAL BUREAU OF PRISONS,       :

    Defendant.               :

                                             :

## PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff in the above matter Ronald Stern, <u>pro se</u>, and respectfully moves this Honorable Court pursuant to Rule 55, Federal Rules of Civil Procedure, to enter a default judgment against the Defendants. This is the Plaintiff's second Motion For Default Judgment, although this instant Motion is based upon separate and distinct legal reasons than the prior Motion For Default Judgment.

By Order of this Honorable Court dated October 18, 2007, (doc. # 9), the Defendants were given until November 16, 2007, to file a response/reply to Plaintiff's Motion For Summary Judgment and to Plaintiff's prior Motion For Default Judgment. As of this writing, the Defendants have neither filed the above responses/ replies, nor have the Defendants filed for another extension of time (in the above Order (doc. # 9), the Court granted a first extension of time).

Pursuant to Rule 55(e), Federal Rules of Civil Procedure, "No judgment by default shall be entered against the United

States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court." The Plaintiff respectfully submits that such claim or right to relief has been established. In the Original Complaint in this matter, the Plaintiff has cited cases from every Circuit to have ruled on the same question presented in the instant case. Any every Circuit has ruled in Plaintiff's favor on that question. Therefore, Plaintiff clearly has established a right to relief.

Wherefore, in consideration of the above, the Plaintiff respectfully moves this Honorable Court to enter a default judgment against the Defendant Federal Bureau of Prisons.

Respectfully submitted,

Ronald Stern
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA   31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Plaintiff's Second Motion For Default Judgment, was duly served on the Defendant Federal Bureau of Prisons by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, 5806 Judiciary Center Bldg., 555 4th Street, N.W., Washington, DC 20001, this 26th day of November, 2007.

Signed: _____

Ronald Stern