**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD STERN, : | |
| : | |
| Plaintiff, : | Civil Action No.: 07-0609 (RMU) |
| : | |
| v. : | Document No.: 15 |
| : | |
| FEDERAL BUREAU OF PRISONS, : | |
| : | |
| Defendant. : | |

## MEMORANDUM ORDER

### DENYING THE DEFENDANT'S MOTION FOR DEFAULT

The plaintiff contends that the defendant has "neither filed the [] responses/replies [to the plaintiff's motion for summary judgment], nor ha[s] the Defendant[] filed another extension of time. Pl.'s Second Mot. for Def. J. at 1. The plaintiff is incorrect. The defendant's filing on November 16, 2007 responds to the plaintiff's motion for summary judgment. Def.'s Mem. in Opp'n to Pl.'s Mot. for Summ. J. Accordingly, the denies the plaintiff's motion for default.

To date, the plaintiff has not responded to the defendant's motion to reconsider and motion to dismiss filed that same day. Providing pro se litigants with the necessary knowledge to participate effectively in the trial process is important. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). Although district courts do not need to provide detailed guidance to pro se litigants, they should supply minimal notice of the consequences of not complying with procedural rules. *Id.* Toward that end, the court hereby notifies the plaintiff that failure to respond to a defendant's motion to dismiss may result in the court granting the motion and dismissing the case. *McCoy v. Read*, 2003 WL 21018864, at *1 (D.C. Cir. Apr. 29, 2003) (per curiam). Specifically, Local Civil Rule 7(b) states that a party must respond with a memorandum of points and authorities in opposition to a motion within 11 days of the date of

2

service or at such other time as the court may direct. LCvR 7(b).  Because Federal Rule of Civil Procedure 6(e) allots an additional 3 days, the plaintiff's response to the motion to dismiss was due November 30, 2007.  Having not filed the opposition within the prescribed time, the court may treat the motion as conceded.  *Id.*

Accordingly, to give the plaintiff an opportunity to respond to the defendant's motions, it is this 3rd day of December 2007,

**ORDERED** that the plaintiff may file a response to the defendant's motions on or before Friday, December 14, 2007; and it is

**FURTHER ORDERED** that the plaintiff's second motion for default is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge