IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,                :

    Plaintiff,            :

v.                           :     Civil Action # 07-00609 (RMU)

FEDERAL BUREAU OF PRISONS,   :

    Defendant.            :

                                :

**MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO FILE REPLY BRIEF**

    Comes now the Plaintiff in the above matter, Ronald Stern, pro se, and respectfully moves this Honorable Court to grant an enlargement of time of forty-five (45) days, to begin upon the expiration of the present twenty (20) day time limit, in which to file a Reply to the Defendant's Motion To Reconsider The Denial Of Its Motion To Transfer Or, In The Alternative, Motion To Dismiss For Failure To State A Claim Under Rule 12(B)(6), And Opposition To Plaintiff's Motion For Summary Judgment (doc. #10). In support of this present Motion, the Plaintiff respectfully submits the following:

    The Defendants have filed the above Motion on November 16, 2007. The Plaintiff has twenty (20) days, or until December 6, 2007, to reply. As can be seen, the above Defendant's Motion is in actuality three Motions. That is, 1.) Motion To Reconsider The Denial of Its Motion To Transfer; 2.) Motion To Dismiss For Failure To State A Claim; and, 3.) Opposition To Plaintiff's

Motion For Summary Judgment. The Plaintiff is proceeding pro se, and is incarcerated. In order to adequately and credibly reply to the Defendant's Motion (doc. #10), the Plaintiff must seek the the assistance of inmate paralegals who have their own legal work schedules and assigned institution job duties. In addition, neither the Plaintiff nor the inmate paralegal assistants have the research annd writing skills of an experienced attorney. And, research must be undertaken the old fashioned way, by searching through book by book -- there is no electronic legal database.

If these above obstacles are not sufficient to warrant the requested enlargement of time, the Plaintiff also respectfully informs the Court of the holiday-abbreviated hours for the inmate law library which is the only venue where research and writing can be performed. Because during the holiday season Staff are inclined to take vacation time, and because there must be Staff supervision in order for the law library to open, the hours of operation of the law library during this time of year can be irregular and unpredictable.

Simply put, the Plaintiff cannot reply in a meaningful way to the Defendant's Motion (doc. #10), without this requested additional time. Therefore, in considertation of the above, the Plaintiff respectfully moves this Honorable Court to grant an enlargement of time of forty-five (45) days to commence upon expiration of the present twenty (20) day time limit, or until January 20, 2008, in which to Reply to the Defendant's above-indicated Motion (doc. #10).

Respectfully submitted,

*/s/ Ronald Stern*

Ronald Stern
Plaintiff pro se
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the above matter, do hereby certify that a true and correct copy of this Motion For Enlargement Of Time In Which To File Reply Brief, was duly served on the Defendant the Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, 555 4th Street, N.W., Room 10-911, Washington, DC. 20530, this 28th day of November, 2007.

Signed: */s/ Ronald Stern*

Ronald Stern