UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,           )
v.                      )   Civil No. 07-609 (RMU)
FEDERAL BUREAU OF PRISONS.  )

## PLAINTIFF'S MOTION TO STAY TRANSFER ORDER

In the event the Court were to grant Defendant's motion for reconsideration of the Court's order denying Defendant's motion to transfer, the undersigned Plaintiff respectfully requests the Court stay its transfer order in order to give Plaintiff the opportunity to seek review of the Court's order by way of mandamus in the United States Court of Appeals for the District of Columbia. Absent a stay, the D.C. Circuit loses jurisdiction to review a court's transfer order once the transfer has been effectuated by the Clerk.

Respectfully submitted,

Ronald Stern
Plaintiff pro se
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA    31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 5th day of December, 2007, via first-class mail on the following:

Thomas S. Rees
Assistant U.S. Attorney
Special Proceedings Division
555 4th Street, N.W. Room 10-911
Washington, DC 20530

*[signature: Ronald Stern]*

Ronald Stern
Plaintiff pro se