RECEIVED
DEC - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN, | ) |
| v. | )   Civil No. 07-609 (RMU) |
| FEDERAL BUREAU OF PRISONS. | ) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION

For the sake of clarity, the undersigned Plaintiff withdraws and substitutes the following: (1) replace "authority to promulgate 28 C.F.R. § 545.11(a)(2)," Plaintiff's Motion For Summary Judgment (Pl. MSJ) at 1, with "statutory authority to set restitution payment schedules under 28 C.F.R. § 545.11(a)(2);" (2) replace "to promulgate 28 C.F.R. § 545.11(a)(2)," Memorandum of Points and Authorities In Support of Plaintiff's Motion For Summary Judgment (Pl. Memo), with "to set restitution payment schedules under 28 C.F.R. § 545.11(a)(2); (3) replace "as its promulgation," Pl. Memo at 1, with "as its use;" (4) replace "The BOP's promulgation of 28 C.F.R. § 545.11(a)(2)," Pl. Memo at 3, with "The BOP's setting of restitution payment schedules under 28 C.F.R. § 545.11(a)(2);" (5) replace "to promulgate § 545.11(a)(2)," Pl. Memo at 4, with "set restitution payment schedules;" (6) replace "Plaintiff challenges the BOP's authority to promulgate § 545.11(a)(2) itself," Pl. Memo at 5, with "Plaintiff presents a facial challenge to the BOP's statutory authority to set restitution payment schedules under § 545.11(a)(2) for restitution issued under the MVRA;" (7) replace "whether the § 545.11(a)(2) was promulgated in violation of the APA," Pl. Memo

at 7, with "whether § 545.11(a)(2) exceeds the BOP's statutory authority as applied to restitution under the MVRA;" (8) withdraw "3. Plaintiff's sentencing court did not set a detailed payment schedule for Plaintiff's restitution," Plaintiff's Statement of Material Facts To Which There Exist No Genuine Issue, as Plaintiff agrees with Defendant that this is not material to the outcome of the purely legal issue presented in this case.

Respectfully submitted,

Ronald Stern
Plaintiff pro se
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA   31599

CERTIFICATE OF SERVICE
=====

I certify that a true and correct copy of the foregoing was served this  5th  day of  December , 2007, via first-class mail on the following:

Thomas S. Rees
Assistant U.S. Attorney
Special Proceedings Division
555 4th Street, N.W. Room 10-911
Washington, DC 20530

*Ronald Stern*
Ronald Stern
Plaintiff pro se