IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,                :

    Plaintiff,           :

v.                           : Civil Action # 07-00609 (RMU)

FEDERAL BUREAU OF PRISONS,   :

    Defendant.           :

                             :

## MOTION TO WITHDRAW/CANCEL PREVIOUS MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE REPLY BRIEF

Comes now the Plaintiff in the foregoing matter, Ronald Stern, pro se, and respectfully moves this Honorable Court to withdraw/cancel Plaintiff's previous Motion For Enlargement of Time In Which To File Reply Brief. The Plaintiff recently received unexpected legal assistance and of this writing all filings have been submitted in reply to the Defendant's Motion To Reconsider The Denial Of Its Motion To Transfer Or, In the Alternative, Motion To Dismiss For Failure To State A Claim Under Rule 12(B)(6), And Opposition To Plaintiff's Motion For Summary Judgment. (doc. #10). Consequently, the Plaintiff is no longer in need of an enlargement of time and this matter has been fully briefed by both parties and is ready for review and decision by the Court.

Respectfully submitted,

*Ronald Stern*

Ronald Stern
Plaintiff pro se

## CERTIFICATE OF SERVICE

    I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Motion To Withdraw/Cancel Previous Motion . . . . , was duly served on the Defendant, the Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, 555 4th Street, N.W., Room 10-911, Washington, DC 20530, this 6th day of December, 2007.

Signed: /s/ Ronald Stern

        Ronald Stern