UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN, : | |
| : | |
| Plaintiff, : | Civil Action No.: 07-0609 (RMU) |
| : | |
| v. : | Document Nos.: 6, 10, 14, 21 |
| : | |
| FEDERAL BUREAU OF PRISONS, : | |
| : | |
| Defendant. : | |

## ORDER

**DENYING THE DEFENDANT'S MOTION TO DISMISS;**
**DENYING THE DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT[1];**
**FINDING AS MOOT THE PLAINTIFF'S MOTION TO STAY TRANSFER ORDER;**
**DENYING WITHOUT PREJUDICE THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of March, 2008,

**ORDERED** that the defendants' motion to dismiss is **DENIED**; and it is

**FURTHER ORDERED** that the defendant's motion to alter or amend judgment is **DENIED**; and it is

**ORDERED** that the plaintiff's motion to stay transfer order is **MOOT**; and it is

**FURTHER ORDERED** that the plaintiff's motion for summary judgment is **DENIED without prejudice**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] The defendant styles its motion as a one for reconsideration. However, because the court has not issued a final judgment, the court construes the defendant's motion as one to alter or amend pursuant to Federal Rule of Civil Procedure 54(b). *See* FED. R. CIV. P. 54(b) (providing for "revision [of a decision] at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties").