UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,                    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    07-609 (RMU)
                                 )
FEDERAL BUREAU OF PRISONS,       )
                                 )
    Defendant.                   )

### PLAINTIFF'S FIRST NOTICE OF FILING
(Proof of Service)

On March 7, 2008, the Court ordered the Plaintiff to provide proof of service in accordance with Fed.R.Civ.P. 4. Attached hereto is the declaration of James Murphy which evidences service of the summons and complaint in this case in accordance with Rule 4. See Fed.R.Civ.P. 4(l)(1) ("[e]xcept for service by a United States marshal or deputy marhsal, proof must be made by the server's affidavit").

Respectfully submitted,

*Ronald Stern* (signature)

Ronald Stern
Plaintiff pro se
#25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in this matter, do hereby certify that a true and correct copy of the foregoing was duly served on the Defendant the Federal Bureau of Prisons, by placing said copy in the U.S. Mail. proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, Judiciary Center, 555 Fourth Street, N.W., Washington, DC  20530, this 24th day of March, 2008.

Signed: */s/ Ronald Stern*

Ronald Stern

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff <u>pro se</u> in this matter, do hereby certify that a true and correct copy of the foregoing was duly served on the Defendant the Federal Bureau of Prisons, by placing said copy in the U.S. Mail. proper first class postage affixed, addressed to Thomas S. Rees, Assistant U.S. Attorney, Judiciary Center, 555 Fourth Street, N.W., Washington, DC  20530, this 24th day of March, 2008.

Signed: *Ronald Stern*

Ronald Stern

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD STERN,                        )
                                     )
       Plaintiff,                    )
                                     )
v.                                   )        07-609 (RMU)
                                     )
FEDERAL BUREAU OF PRISONS,           )
                                     )
       Defendant.                    )

## DECLARATION OF JAMES MURPHY

I the undersigned, James Murphy, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.  On May 18, 2007, I caused to be served via certified mail, number 7005-2570-0001-7396-3081, completed summons along with a copy of the complaint in this case on U.S. Attorney, 555 Fourth Street, N.W., Washington, DC 20530. This article was signed for as received on May 25, 2007. See Exhibit 1.

2.  On May 18, 2007, I caused to be served via certified mail, number 7005-2570-0001-7396-3074, completed summons along with a copy of the complaint in this case on Alberto Gonzales, Attorney General, 10th & Constitution Ave, N.W., Washintgon, DC 20530. This article was signed for as received on May 29, 2007. See Exhibit 2.

3.  On May 18, 2007, I caused to be served via certified mail, number 7005-2570-0001-7396-3098, completed summons along with a copy of the complaint in this case on Federal Bureau of Prisons, 320 First St. N.W., Washington, DC 20534. This article was signed for as received on May 22, 2007. See

Exhibit 3.

4. I am at least 18 years of age.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Signed this 24th day of March, 2008.

_____
JAMES MURPHY



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 2570 0001 7396 3081
Status: **Delivered**

Your item was delivered at 4:53 AM on May 25, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.


POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Exhibit 1



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 7396 3074**
Status: **Delivered**

Your item was delivered at 11:02 AM on May 29, 2007 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Exhibit 2

 **UNITED STATES POSTAL SERVICE**®

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 7396 3098**
Status: **Delivered**

Your item was delivered at 7:26 AM on May 22, 2007 in WASHINGTON, DC 20534.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Exhibit 3