UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD STERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Civil Action No. 07-00609 RMU |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Fred E. Haynes as the attorney for the defendant, Federal Bureau of Prisons.

Respectfully submitted,
/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing entry of appearance to be served by first-class mail, postage prepaid, this 2nd day of April, 2008, on:

>Mr. Ronald Stern
>Jessup Federal Correctional Institution
>Federal Satellite Low
>2680 Highway 301 South
>Jessup, Georgia 31599

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201