UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-00609 RMU |

### WITHDRAWAL OF APPEARANCE OF ASSISTANT
### UNITED STATES ATTORNEY THOMAS S. REES

The Clerk will please withdraw the appearance of Assistant United States Attorney Thomas S. Rees as an attorney for the defendant, Federal Bureau of Prisons. Mr. Rees has authorized undersigned counsel to file this notice.

                    Respectfully submitted,
                        /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing withdrawal of appearance to be served by first-class mail, postage prepaid, this 2nd day of April, 2008, on:

>Mr. Ronald Stern
>Jessup Federal Correctional Institution
>Federal Satellite Low
>2680 Highway 301 South
>Jessup, Georgia 31599

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201