UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| -v- | )   Civil Action No. 07-00609 RMU |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant hereby moves for an extension of time to respond to plaintiff's motion for summary judgment from April 18, 2008, to April 25, 2008. This motion is filed in compliance with the Court's standing order, i.e., more than four business days prior to the due date. Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[1]

Undersigned counsel (Fred E. Haynes) primarily responsible for this case was only recently assigned to this case. In light on of his substantial litigation case load and competing responsibilities, he needs the additional time to prepare a response to the motion for summary judgment and coordinate that response with the Bureau of Prisons. The additional time is,

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

therefore, needed.

    Attached is a draft order reflecting the requested extension of time.

        Respectfully submitted,

        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
            /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD STERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-00609 RMU |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of the motion by the defendant for an extension of time to respond to the plaintiff's motion for summary judgment, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that defendant shall have to, and including, April 25, 2008, to respond to plaintiff's motion for summary judgment.

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to respond to plaintiff's motion for summary judgment to be served by first-class mail, postage prepaid, this 11th day of April, 2008, on:

>Mr. Ronald Stern
>Jessup Federal Correctional
>Institution
>Federal Satellite Low
>2680 Highway 301 South
>Jessup, Georgia 31599

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201