IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,           :

    Plaintiff,      :

v.                      :   CASE # 07-00609-RMU

FEDERAL BUREAU OF PRISONS, :

    Defendant.      :

                      :

**MOTION FOR ENLARGEMENT OF TIME IN WHICH
TO RESPOND TO GOVERNMENT'S ANSWER**

Comes now the Plaintiff in the above matter, Ronald Stern, pro se, and respectfully moves this Honorable Court pursuant to Rule 6(b), Federal Rules of Civil Procedure, to grant the Plaintiff an enlargement of time of thirty (30) days from today's date, or until May 11, 2008, in which to respond to the Government's Answer filed on or about April 3, 2008 (and received by the Plaintiff today, April 11). In support of this present request, the Plaintiff states as follows:

Because of the obstacles in conducting legal research and preparing legal documents inherent in the prison environment, and the fact the Plaintiff is proceeding pro se and not trained in these matters, the Plaintiff respectfully submits this extra time is need in order to adequately respond to the Government's Answer.

                                        Respectfully submitted,

                                        */s/ Ronald Stern*
                                        Ronald Stern

```
                                    Ronald Stern #25241-053
                                    Federal Satellite Low
                                    2650 Hwy 301 South
                                    Jesup, GA   31599
```

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Motion For Enlargement Of Time was duly served on the United States by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Fred E. Haynes, Assistant U.S. Attorney, 555 4th Street, N.W., Room E-4110, Washington, DC 20534, this 11th day of April, 2008.

Signed: _/s/ Ronald Stern_

Ronald Stern