IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,              :

    Plaintiff,         :

v.                         :   Civil Action No. 07-00609 RMU

FEDERAL BUREAU OF PRISONS, :

    Defendant.         :

                                  :

### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff in the above matter, Ronald Stern, pro se, and respectfully moves this Honorable Court pursuant to Rule 6(b), Federal Rules of Civil Procedure, to grant an enlargement of time until May 16, 2008 in which to file a Motion In Opposition To Defendant's Motion For Summary Judgment. In support of this present request, the Plaintiff respectfully submits the following:

Defendant has filed a comprehensive Motion For Summary Judgment. Plaintiff is proceeding pro se and does not have the ability to research and prepare legal documents with the same competence as an attorney. Research in prison is undertaken the old-fashioned way -- book by book, case by case. In addition, Plaintiff can only access the Law Library at times that do not conflict with Plaintiff's prison work schedule. For these and other reasons of which this Court is certainly aware, the Plaintiff simply cannot submit a credible opposition motion in

time presently alloted.

Wherefore, in consideration of the foregoing, the Plaintiff respectfully moves this Honorable Court to grant an enlargement of time until May 16, 2008, in which to file the Motion In Opposition.

Respectfully submitted,

*/s/ Ronald Stern*

Ronald Stern
#25241-053
Plaintiff pro se
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Motion For Enlargement Of Time . . . . , was duly served on the Defendant by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Fred E. Haynes, Assistant U.S. Attorney, 555 4th Street, N.W., Room E-4110, Washington, DC 20530, this 30th day of May, 2008.

Signed: */s/ Ronald Stern*
           Ronald Stern

-2-