IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD STERN,             :

    Plaintiff,        :

v.                        :     CASE # 1:07-cv-609 *RMU*

FEDERAL BUREAU OF PRISONS, :

    Defendant.        :

                                     :

**MOTION TO TREAT PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AS CONCEDED TO BY DEFENDANT AND TO
GRANT SUMMARY JUDGMENT IN PLAINTIFF'S FAVOR**

    Comes now the Plaintiff in the above matter, Ronald Stern, pro se and respectfully moves this Honorable Court as follows: 1.) To treat Plaintiff's Motion For Summary Judgment as conceded to by the Defendant, and 2.) To grant summary judgment in Plaintiff's favor. In support of these requests, the Plaintiff respectfully submits the following:

    By Order dated April 14, 2008, the Court directed the Defendant to file an opposition to Plaintiff's Motion For Summary Judgment by April 25, 2008. Instead, the Defendant filed its own Motion For Summary Judgment. This Court, noting the Defendant had not complied with the Court's April 14 Order to file an opposition to Plaintiff's Motion For Summary Judgment, issued an Order on April 28, 2008, a copy of which is attached hereto. That Order again directed the Defendant to file the opposition Motion and allowed the Defendant until April 28 to do so. To this date, the Defendant has not done so, nor has

the Defendant filed any pleading in response to this Court's April 28 Order. Thus, the Defendant has defied the Court's Order.

Rule 8(d), Federal Rules of Civil Procedure, provides that "Averments in a pleading to which a responsive pleading is required . . . <u>are admitted when not denied in the responsive pleading</u>." (emphasis added). As this Court has recognized, the Defendant has failed to file the required opposition Motion denying Plaintiff's averments as contained in Plaintiff's Motion For Summary Judgment. Consequently, Plaintiff's Motion For Summary Judgment is considered admitted pursuant to Rule 8(d), above.

Separately, inasmuch as Plaintiff's Motion For Summary Judgment is deemed admitted, then there no longer exists genuine issues of material fact in dispute and summary judgment is proper as a matter of law. The Plaintiff respectfully moves the Court to so find and to rule accordingly.

Respectfully submitted,

*Ronald Stern* (signature)
Ronald Stern
Plaintiff <u>pro se</u>
25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff <u>pro</u> <u>se</u> in the foregoing matter, do hereby certify that a true and correct copy of this instant Motion was duly served on the Defendant Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Fred E. Haynes, Assistant U.S. Attorney, 5806 Judiciary Center Bldg., 555 4th Street, N.W., Washington, DC 20001, this 15th day of May, 2008.

Signed: _/s/ Ronald Stern_

Ronald Stern



DCD_ECFNotice@dcd.uscourts.gov
04/28/2008 08:02 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:07-cv-00609-RMU STERN v. FEDERAL BUREAU OF PRISONS Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 4/28/2008 at 8:02 AM and filed on 4/28/2008
**Case Name:**         STERN v. FEDERAL BUREAU OF PRISONS
**Case Number:**       1:07-cv-609
**Filer:**
**Document Number:**   No document attached

Docket Text:
MINUTE ORDER: On April 14, 2008, the court issued a Minute Order allowing the defendant until April 25, 2008 to file an opposition to the plaintiff's motion for summary judgment. Rather than filing an opposition, the defendant filed its own motion for summary judgment. Because the defendant has not filed an opposition to the plaintiff's motion for summary judgment, the court may treat the plaintiff's motion as conceded. LCvR 7(b). The court, however, in the interest of justice, allows the defendant until today, April 28, 2008 to file an opposition (or re-file it's motion as an opposition and cross-motion) to the plaintiff's motion for summary judgment. This opposition must comply with the requirements set forth in Local Civil Rule 56.1. Signed by Judge Ricardo M. Urbina on 4/28/08. (lcrmu2)


1:07-cv-609 Notice has been electronically mailed to:

Fred Elmore Haynes    fred.haynes@usdoj.gov, ellsworth.paxton@usdoj.gov

1:07-cv-609 Notice will be delivered by other means to::