RECEIVED
JUL - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD STERN,                        :

    Plaintiff,                     :

v.                                   :       CIVIL ACTION # <u>07-00609 RMU</u>

FEDERAL BUREAU OF PRISONS,           :

    Defendant.                     :

                                         :

**MOTION FOR ENLARGEMENT OF TIME IN WHICH TO
FILE REPLY TO DEFENDANT'S MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S SECOND RENEWED
<u>MOTION FOR SUMMARY JUDGMENT AND RESPONSE</u>**

    Comes now the Plaintiff in the above matter, Ronald Stern, <u>pro se</u>, and respectfully moves this Honorable Court pursuant to Rule 6(b), Federal Rules of Civil Procedure, to grant an enlargement of time of thirty (30) days in which to file a Reply to the Defendant's Memorandum In Opposition To Plaintiff's Second Renewed Motion For Summary Judgment. In support of this present request, the Plaintiff respectfully submits the following:

    The Defendant has filed the above Memorandum in Opposition dated June 23, 2008, and received by the Defendant via U.S. Mail on July 2, 2008. The Plaintiff has previously requested enlargements of time based upon the time-consuming nature of conducting legal research and preparing filings inherent in being incarcerated. First and foremost, Plaintiff must abide by institutional regulations and hours of operation of the Law

Library. Further, Plaintiff can only do legal work at times when not performing assigned institutional duties. For these and other reasons of which the Court is certainly aware as it pertains to legal research and writing in the prison context, the Plaintiff now requests this thirty (30) day enlargement of time to file a Reply, or until August 2, 2008 which is thirty (30) days from the date Plaintiff was served with a copy of the above-referenced Defendant's Motion In Opposition.

Respectfully submitted,

Ronald Stern
# 25241-053
Federal Satellite Low
2650 Hwy 301 South
Jesup  GA  31599

## CERTIFICATE OF SERVICE

I, Ronald Stern, Plaintiff pro se in the foregoing matter, do hereby certify that a true and correct copy of this Motion For Enlargement Of Time . . . . , was duly served on the Defendant Federal Bureau of Prisons, by placing said copy in the U.S. Mail, proper first class postage affixed, addressed to Fred E. Haynes, Assistant U.S. Attorney, 555 4th Street, N.W., Room E-4110, Washington, DC  20530, this 2nd day of July, 2008.

Signed:

Ronald Stern